**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                    Case No. 11-cr-128-PB

<u>Alvaro Garcia</u>


**<u>O R D E R</u>**


The defendant has moved through counsel to continue the June 5, 2012 trial in the above case, citing the need for additional time to finalize plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 1, 2012 to August 21, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 22, 2012 final pretrial conference is continued to July 23, 2012 at 2:00 p.m.  No further continuances.

SO ORDERED.


/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 18, 2012

cc:  Bruce Kenna, Esq.
     William E. Morse, ASUA
     United States Marshal
     United States Probation